FILED IN DISTRICT COURT
OKLAHOMA COUNTY

NOV - 7 2014

TIM RHODES
COURT CLERK
30_____

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

| | |
|---|---|
| MISBAH AHMED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CJ-2014-3147 |
| ) | |
| STATE AUTO PROPERTY AND CASUALTY ) | |
| INSURANCE COMPANY, and ) | |
| BAKER-HARRIS HOPKINS INSURANCE ) | |
| ) | |
| Defendants. ) | |

## DISMISSAL WITHOUT PREJUDICE

**COMES NOW** the Plaintiff, Misbah Ahmed, by and through FOSHEE & YAFFE Law Firm, and pursuant to Okla. Stat. tit. 12, §§683(1), 684(A), hereby dismisses all claims against the Defendant(s), Baker-Harris Hopkins Insurance, without prejudice to refiling of the same.

Respectfully submitted,

_____
J. DREW HOUGHTON, OBA# 18080
FOSHEE & YAFFE
P.O. Box 890420
Oklahoma City, OK 73189
Telephone: (405) 232-8080
Facsimile: (405) 601-1103
dhoughton@fosheeyaffe.com
*ATTORNEY FOR PLAINTIFF*



EXHIBIT 12

SCANNED & PROFILED

## CERTIFICATE OF MAILING

This is to certify that a true and correct copy of the foregoing instrument was: ( X ) mailed via U.S. Mail; ( ) certified, with return receipt requested; ( ) hand delivered; and/or ( ) transmitted via facsimile ( ) transmitted via email this 7th day of November, 2014, to the following:

D. Lynn Babb, Esq.
Amy Steele Neathery, Esq.
Dan Card, Esq.
**PIERCE COUCH HENDERICKSON BAYSINGER & GREEN, L.L.P.**
Post Office Box 26350
Oklahoma City, OK 73126-0350
Telephone: (405) 235-1611
Facsimile: (405) 235-2904
*Attorneys for Defendant, State Auto Property and Casualty Insurance Company*

_____
J. DREW HOUGHTON