**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| MISBAH AHMED,<br><br>        Plaintiff,<br><br>v.<br><br>STATE AUTO PROPERTY AND<br>CASUALTY INSURANCE COMPANY;<br>and BAKER-HARRIS HOPKINS<br>INSURANCE,<br><br>        Defendants. | Case No. CIV-14-1352-M<br>Judge Vicki Miles-LaGrange |

**JOINT NOTICE TO THE COURT REGARDING MEDIATION**

Plaintiff, Misbah Ahmed, and Defendant, State Auto Property and Casualty Insurance Company, hereby advise the Court as follows:

1. On January 14, 2016, the parties tried a global mediation of this and three other cases.

2. The parties are considering a mediator's proposal and have agreed to make a decision regarding the same by noon on Friday, January 22, 2016.

3. The parties request until Monday, January 25, 2016, to advise the Court of any settlement.

Respectfully submitted,


 s/ J. Drew Houghton
J. Drew Houghton, OBA No. 18080
FOSHEE & YAFFE
Post Office Box 890420
Oklahoma City, OK  73189-0420
Telephone: (405) 232-8080
Facsimile:  (405) 601-1103
dhoughton@fosheeyaffe.com

Phillip N. Sanov
MERLIN LAW GROUP
Three Riverway, Suite 701
Houston, TX  77056
psanov@merlinlawgroup.com


OF COUNSEL:

Larry Bache
MERLIN LAW GROUP
777 S. Harbour Boulevard, 9th Floor
Tampa, FL  33602
lbache@merlinlawgroup.com


*Attorneys for Plaintiff*

 s/ Amy S. Neathery
D. Lynn Babb, OBA No. 392
Amy Steele Neathery, OBA No. 20344
PIERCE COUCH HENDRICKSON
 BAYSINGER & GREEN, L.L.P.
Post Office Box 26350
Oklahoma City, OK  73126-0350
Telephone: (405) 235-1611
Facsimile:  (405) 235-2904
lbabb@piercecouch.com
aneathery@piercecouch.com

*Attorneys for Defendant,*
 *State Auto Property and*
 *Casualty Insurance Company*

2