IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MISBAH AHMED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 5:14-CV-1352-M |
| ) | |
| STATE AUTO PROPERTY AND ) | |
| CASUALTY INSURANCE COMPANY, ) | |
| and BAKER-HARRIS HOPKINS ) | |
| INSURANCE, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the plaintiff, Misbah Ahmed, by and through his counsel of record, J. Drew Houghton of the law firm, Foshee & Yaffe, and the defendant, State Auto Property and Casualty Insurance Company, by and through its counsel of record, D. Lynn Babb of the law firm Pierce Couch Hendrickson Baysinger & Green, L.L.P., and pursuant to Rule 41(a)(1)(A)(ii), stipulate to dismissal of the above-styled action with prejudice to the further refiling thereof. The parties would show the Court that an agreed and compromised settlement has been reached between the parties hereto and there remain no issues to be litigated herein.

Case 5:14-cv-01352-M   Document 18   Filed 03/09/16   Page 2 of 2

_[signature]_
_____
J. Drew Houghton, OBA #18080
FOSHEE & YAFFE
Post Office Box 890420
Oklahoma City, OK 73189
Telephone: (405) 232-8080
Facsimile: (405) 601-1103
dhoughton@fosheeyaffe.com
   *Attorney for Plaintiff*


_[signature]_
_____
D. Lynn Babb  (OBA #392)
Amy Steele Neathery  (OBA #20344)
PIERCE COUCH HENDRICKSON
 BAYSINGER & GREEN, L.L.P.
Post Office Box 26350
Oklahoma City, OK 73126
Telephone: (405) 235-1611
Facsimile: (405) 235-2904
   *Attorneys for Defendant,*
   *State Auto Property and Casualty*
   *Insurance Company*